UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| LINDA HEARNE, ANGELA HILL, and JOANNA VELEZ, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CV416-090 ) |
| WELSH PAWN SHOP, INC., | ) ) |
| Defendant. | ) |

## ORDER

Good cause having been shown, the parties' Joint Motion for Settlement Conference and to Stay Discovery Proceedings is GRANTED. The Settlement Conference shall take place on November 16, 2016, at 9:00 a.m. in Savannah, and discovery is STAYED pending the outcome of the Settlement Conference.

**SO ORDERED**, this 26th day of October, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA