UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LINDA HEARNE, JOANNA VELEZ, AND ANGELA HILL | )<br>)<br>)<br>) |
| v. | ) CV 416-90 |
| WELSH PAWN SHOP, INC. | )<br>) |

ORDER

Plaintiffs Linda Hearne, Joanna Velez, and Angela Hill filed a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and stipulates to the dismissal of this action with prejudice. Each party shall bear their own costs. The Clerk is hereby ordered to close this case.

So ORDERED, this _12_ day of April, 2017.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA